(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Barrow, Wilbert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*Chapter 13W/No Plan* |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-0884** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**163 Hemlock Street**<br>**Park Forest, IL 60466** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7    [ ] Chapter 11    [x] Chapter 13 | |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | |
| [ ] Other_____ | [ ] Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [x] Consumer/Non-Business    [ ] Business | [x] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/21/2004
Time: 16:33:06       Fee : 194
Debtor: WILBERT BARROW
Case: 04-23486    Rec. # : 3086998
Chapter: 13    Susan Pierson Sonderby
Judge: 07/19/2004 @ 01:30PM
341 mtg: 08/12/2004 @ 10:30AM
ConfHrg:
Trustee: TOM VAUGHN
1:04BK23486-BK001

(Official Form 1) (12/03)                                                             FORM B1, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Barrow, Wilbert**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern District of Illinois, Eastern Division** | Case Number: **see attached list** | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Wilbert Barrow*
Signature of Debtor **Wilbert Barrow**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 19, 2004**
Date

X *[signed] Lorraine M. Greenberg*
Signature of Attorney for Debtor(s)
**Lorraine M. Greenberg    ARDC No.: 03129023**
Printed Name of Attorney for Debtor(s)
**Greenberg & Associates**
Firm Name
**20 East Jackson Boulevard
Suite 800
Chicago, Illinois 60604**
Address
**(312) 408-0007    Fax: (312) 427-8543**
Telephone Number
**June 19, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signed] Lorraine M. Greenberg*    **June 19, 2004**
Signature of Attorney for Debtor(s)    Date
**Lorraine M. Greenberg    ARDC No.: 03129023**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# 01-23196 Wilbert Barrow
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Hon.:** Bruce W. Black
**Date filed:** 07/02/2001 **Plan confirmed:** 09/04/2001
**Date terminated:** 01/31/2003 **Date of last filing:** 01/31/2003

## Query

Alias
Associated Cases
Attorney
Case Summary
Creditor
Deadline/Schedule
Docket Report ...
Filers
History/Documents
Notice of Bankruptcy Case Filing
Party
Related Transactions
Status

Trustee

**00-00351** Wilbert Barrow and Laurie M Barrow
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Hon.:** Carol A Doyle
**Date filed:** 01/06/2000 **Date discharged:** 04/17/2000
**Date terminated:** 04/21/2000 **Date of last filing:** 04/21/2000

## Query

Alias
Associated Cases
Attorney
Case Summary
Creditor
Deadline/Schedule
Docket Report ...
Filers
History/Documents
Notice of Bankruptcy Case Filing
Party
Related Transactions
Status

Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____    June 19, 2004    _____
Debtor's Signature                  Date             Case Number

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| | | |
|---|---|---|
| Airtouch Cellular<br>P.O. Box 7329<br>Bellevue, WA 98008 | Alverno Rec<br>29 South Park Blvd.<br>Greenwood, IN 46143 | Aronson Furniture<br>3401 W. 47th St.<br>Chicago, IL 60632 |
| AT&T Wireless<br>Attn: National Correspondence Team<br>P.O. Box 6028<br>Cerritos, CA 90703-6028 | Bally's Total Fitness Services<br>P.O. Box 2777<br>Huntington Beach, CA 92647-0677 | Bank of Marin<br>c/o FBCS<br>841 Hunting Park Avenue<br>Philadelphia, PA 19124 |
| Blatt, Hasenmiller, Leibsker & Moor<br>2 North LaSalle street<br>Suite 900<br>Chicago, IL 60602 | Bloomingdale's/FDSNB<br>9111 Durke Blvd.<br>Mason, OH 45040 | Cab Services, Inc.<br>60 Barney Drive<br>Joliet, IL 60435 |
| Capital One<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Collectech<br>P.O. Box 4157<br>Woodland Hills, CA 91365 | Commonwealth Edison<br>Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 |
| Creditors Interchange<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 | Discover<br>c/o Greenwood Trust Company<br>P.O. Box 6000<br>Dover, DE 19903-6000 | DMCCB<br>4500 South Garnett<br>Tulsa, OK 74146 |
| Economy Furniture<br>6162 Broadway<br>Merrillville, IN 46410 | Express<br>P.O. Box 659562<br>San Antonio, TX 78265-9562 | FCC National Bank<br>300 King Street<br>Wilmington, DE 19801 |
| Ferleger & Associates<br>134 N. LaSalle St.<br>Suite 720<br>Chicago, IL 60602 | Fidelity Acceptance<br>P.O. Box 26570<br>Kansas City, MO 64196-6570 | Financial Credit Crop.<br>P.O. Box 2040<br>Warren, MI 48090 |
| First Consumers National Bank<br>9310 SW Gemini Drive<br>Beaverton, OR 97078-0001 | Firstar<br>P.O. Box 78571<br>Milwaukee, WI 53278-0571 | Firstar<br>P.O. Box 5227<br>Cincinnati, OH 45201 |
| FNB Brookings<br>3401 South Louise<br>Sioux Falls, SD 57107 | General Electric Credit Corp<br>P.O. Box 310<br>Barrington, IL 60011 | Great Lakes Collection Bureau, Inc.<br>45 Oak Street<br>Buffalo, NY 14203-2697 |
| Harvard Collection Services, Inc.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 | Household Bank<br>P.O. Box 17574<br>Baltimore, MD 21297-1574 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St.<br>Chicago, IL 60601 |

Internal Revenue Service
Stop 5030
230 S. Dearborn
Chicago, IL 60604

JC Penney
Attn: Bankruptcy
P.O. Box 981131
El Paso, TX 79998

Lincolnway Managment, INc.
3699 Sauk Trl
Richton Park, IL 60471

Medtrust Healthcare
P.O. Box 891660
Dallas, TX 75389

Mitchell Kay
7 Penn Plaza
18th floor
New York, NY 10001

Montogmer Ward
P.O. Box 105997
Atlanta, GA 30348-5997

Neiman Marcus
P.O. Box 729080
Dallas, TX 75372-9080

Nicor Gas
Attn: Bankruptcy Department
P.O. Box 310
Aurora, IL 60507-0310

Northern Illinois Gas
Attn: Bankruptcy and Collections
P.O. Box 549
Aurora, IL 60507-0549

Northland Group, Inc.
7831 Glenroy Road, Ste. 145
Minneapolis, MN 55439-3133

Olympia Fields Internal Medicine
2605 W. Lincoln Highway, Ste. 130
Darien, IL 60561

Patrick D. Mullarkey
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, DC 20044

Pierce & Associates
1 North Dearborn
Suite 1300
Chicago, IL 60602

Retailers National Bank
Attn: Bankruptcy
P.O. Box 59231
Minneapolis, MN 55459-0231

Rizza Chevrolet
8251 S Harlem Ave
Bridgeview, IL 60455

Saks Fifth Avenue
13550 Dallas Parkway
Dallas, TX 75240

St. James Hosital & Health Center
19990 Governors Highway
Olympia Fields, IL 60461-1021

Suburban Heights Medical Center
333 Dixie Highway
Chicago Heights, IL 60411

Target
c/o Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

United Credit National Bank
P.O. Box 1700
Sioux Falls, SD 57101-1700

US Bank
P.O. Box 2407
Minneapolis, MN 55402

Van Ru Credit Corp.
P.O. Box 1109
Skokie, IL 60077

Wexler & Wexler
Attorneys at Law
500 W. Madison St., Suite 2910
Chicago, IL 60661-2587

WFNBB/Express
555 West 112th
Rhodes, IA 50234

## United States Bankruptcy Court
### Northern District of Illinois

In re **Wilbert Barrow**                                                     Case No. _____

                                        Debtor(s)                             Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **0**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 19, 2004**

_____
**Wilbert Barrow**
Signature of Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  ) CHAPTER 13
                                        )
   Wilbert  Barrow,                     ) NO:
                                        )
           Debtor.                      )

DISCLOSURE OF FEES UNDER RULE 2016(b)

I certify that I am the attorney for said Debtor(s) and that the compensation paid or promised me for the services rendered or to be rendered in connection with said case is as follows:

$_____0.00_____paid to date;

$____2,700.00____to be requested at the hearing on attorneys fees to be held at the time of the confirmation hearing;

The source of the compensation paid or to be paid is Debtor(s)' funds; (Debtor and attorneys have entered into the rights and responsibilities fee agreement option B;

I have not shared or agreed to share such compensation with any other person, outside member or regular associate of my law firm, without exception.

Date: June 21, 2004   BY: _____
                           LORRAINE M. GREENBERG & ASSOCIATES

LORRAINE M. GREENBERG & ASSOCIATES
20 E. JACKSON, SUITE 800
CHICAGO, ILLINOIS 60604
(312) 408-0007
ARDC #: 03129023