```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 23486
   WILBERT BARROW
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0884


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/21/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED          954.27          .00           95.43
AT & T WIRELESS            UNSECURED         1537.46          .00          153.75
INTERNAL REVENUE SERVICE   PRIORITY         10350.58          .00        10350.58
WORLD FINANCIAL NETWORK    UNSECURED         1125.21          .00          112.52
WORLD FINANCIAL NETWORK    UNSECURED          433.16          .00           43.32
WORLD FINANCIAL NETWORK    UNSECURED          715.03          .00           71.50
GLEN ARBOR IN PARK FORES   COST OF COLLE      500.00          .00          500.00
GLEN ARBOR IN PARK FORES   NOTICE ONLY     NOT FILED          .00             .00
LINCOLNWAY MANAGEMENT      SECURED             904.00         .00          904.00
PIERCE & ASSOCIATES        NOTICE ONLY     NOT FILED          .00             .00
RIZZA CHEVROLET            SECURED            2700.00         .00         2700.00
US BANK HOME MORTGAGE      CURRENT MORTG         .00          .00             .00
US BANK HOME MORTGAGE      MORTGAGE ARRE     1987.23          .00         1981.23
US BANK                    NOTICE ONLY     NOT FILED          .00             .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY     NOT FILED          .00             .00
AIRTOUCH CELLULAR          UNSECURED       NOT FILED          .00             .00
ALVERNO RECEIVABLES        NOTICE ONLY     NOT FILED          .00             .00
ARONSON FURNITURE          UNSECURED       NOT FILED          .00             .00
BALLYS TOTAL FITNESS SER   UNSECURED       NOT FILED          .00             .00
FIRST CONSUMER NATIONAL    UNSECURED       NOT FILED          .00             .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED          .00             .00
BLOOMINGDALES              UNSECURED       NOT FILED          .00             .00
CAB SERVICES               UNSECURED       NOT FILED          .00             .00
COLLECTECH                 NOTICE ONLY     NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED         1177.36          .00          117.74
CREDITOR INTERCHANGE       UNSECURED       NOT FILED          .00             .00
DISCOVER                   UNSECURED       NOT FILED          .00             .00
DMCCB                      UNSECURED       NOT FILED          .00             .00
ECONOMY FURNITURE          NOTICE ONLY     NOT FILED          .00             .00
EXPRESS                    UNSECURED       NOT FILED          .00             .00
FCC NATIONAL BANK          UNSECURED       NOT FILED          .00             .00
FERLEGER & ASSOC           NOTICE ONLY     NOT FILED          .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23486 WILBERT BARROW
```

```
FIDELITY FINANCIAL         UNSECURED      NOT FILED              .00              .00
FINANCIAL CREDIT CORP      NOTICE ONLY    NOT FILED              .00              .00
FIRST CONSUMERS NATIONAL   UNSECURED      NOT FILED              .00              .00
FIRSTAR BANK MILWAUKEE N   UNSECURED      NOT FILED              .00              .00
FIRSTAR BANK               UNSECURED      NOT FILED              .00              .00
FNB BROOKINGS              UNSECURED      NOT FILED              .00              .00
GENERAL ELECTRIC           UNSECURED      NOT FILED              .00              .00
VERIZON WIRELESS           UNSECURED         824.14              .00            82.41
HARVARD COLLECTION SERVI   NOTICE ONLY    NOT FILED              .00              .00
HOUSEHOLD FINANCE          UNSECURED      NOT FILED              .00              .00
ROUNDUP FUNDING LLC        UNSECURED        1729.82              .00           172.98
MEDTRUST HEALTHCARE SERV   UNSECURED      NOT FILED              .00              .00
MITCHELL N KAY             NOTICE ONLY    NOT FILED              .00              .00
MONTGOMERY WARD            UNSECURED      NOT FILED              .00              .00
NIEMAN MARCUS              UNSECURED      NOT FILED              .00              .00
NICOR GAS                  UNSECURED        4755.29              .00           475.53
NORTHLAND GROUP            NOTICE ONLY    NOT FILED              .00              .00
OLYMPIA FIELDS INTERNAL    UNSECURED      NOT FILED              .00              .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED              .00              .00
RETAILERS NATIONAL BANK    UNSECURED      NOT FILED              .00              .00
SAKS FIFTH AVE             UNSECURED      NOT FILED              .00              .00
ST JAMES HOSPITAL & HEAL   UNSECURED      NOT FILED              .00              .00
WELLGROUP HEATLTHPARTNER   UNSECURED         101.70              .00            10.17
TARGET                     UNSECURED      NOT FILED              .00              .00
UNITED CREDIT NATL BANK    UNSECURED      NOT FILED              .00              .00
VAN RU CREDIT              NOTICE ONLY    NOT FILED              .00              .00
WEXLER & WEXLER            UNSECURED      NOT FILED              .00              .00
PREMIER BANCARD CHARTER    UNSECURED         437.12              .00            43.71
TIMOTHY K LIOU             FILED LATE        610.65              .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        2426.16              .00           242.62
GREENBERG & ASSOC          REIMBURSEMENT      26.00              .00            26.00
GREENBERG & ASSOC          DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                 TRUSTEE                                           1,208.59
DEBTOR REFUND              REFUND                                              132.92

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 22,125.00

PRIORITY                                          10,376.58
SECURED                                            6,085.23
UNSECURED                                          1,621.68
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               1,208.59
DEBTOR REFUND                                        132.92
                        ---------------       ---------------
TOTALS                   22,125.00                22,125.00

               PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23486 WILBERT BARROW
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE